IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00334–RBJ–KMT

BRIAN HICKS,

    Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
MICHAEL NALLEY,
HARREL WATTS, and
JOHNNY CHAVEZ,

    Defendants.

## ORDER

This matter comes before me *sua sponte*. To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000).

However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

During my time as an Assistant United States Attorney with the United States Attorney's Office for the District of Colorado, I was involved in the prosecution of one of Plaintiff Brian Hicks's criminal matters. Under these circumstances, the court's impartiality might reasonably be questioned.

Therefore, it is **ORDERED**:

Pursuant to 28 U.S.C. § 455(a), I hereby **RECUSE** myself from all further involvement in this case. The Clerk's Office shall randomly draw and assign another Magistrate Judge to this case.

Dated this 4th day of May, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge