IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00334-RBJ-MJW

BRIAN HICKS,

Plaintiff(s),

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
MICHEAL NALLEY,
HARRELL WATTS, and
JOHNNY CHAVEZ,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Request to Receive Court Filings Through the Prison's Legal Mail System (Docket No. 21), in which plaintiff asks that all filings related to this case be addressed to him in a specified manner, is denied.   The court will follow its usual procedures for sending mailings to an incarcerated party.

Date: May 10, 2012