IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12–cv–00334–RBJ–MJW

BRIAN HICKS,

Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
MICHAEL NALLEY,
HARREL WATTS, and
JOHNNY CHAVEZ,

Defendants.

ORDER SETTING TELEPHONIC STATUS CONFERENCE
FOR
PRO SE PLAINTIFF(S)

It is hereby ORDERED that a Telephonic Status Conference shall be held on:

> June 13, 2012, at 10:00 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

THE PLAINTIFF(S) SHALL  NOTIFY ALL PARTIES WHO HAVE NOT

<u>ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>  In addition, the plaintiff's case manager/inmate coordinator shall ensure the availability of the plaintiff and assist him with placing the call to this court by calling (303) 844-2403 on the date and time set forth above.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager or Inmate Coordinator of:
Brian Hicks #35039-013
Englewood Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Ave
Littleton CO 80123

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 16TH DAY OF MAY, 2012

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge