IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00334–RBJ–MJW

BRIAN HICKS,

Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER, and
JOHNNY CHAVEZ,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion for Extension of Time for the United States to Respond to the Complaint and Motion to Stay Briefing on Motions to Dismiss (Docket No. 58) is granted, finding good cause shown.  The United States' response to the Complaint is extended, and all briefing on the pending motions to dismiss (Docket Nos. 35 and 47) is stayed, until 14 days after rulings by the court are filed on the pending motions to amend the complaint (Docket Nos. 49 and 56).

Date: July 20, 2012