IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00334–RBJ–MJW

BRIAN HICKS,

Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
JOHNNY CHAVEZ, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Second Motion to Amend His Complaint (Docket No. 56), as supplemented (Docket No. 76), is granted in part and denied in part. The motion is denied with respect to reinstating the claims against defendants Nalley and Watts that were previously dismissed (see Docket No. 11). Such dismissal is the subject of a pending motion to dismiss (see Docket No. 23). In all other respects, the motion is granted. It is thus further

ORDERED that the plaintiff shall forthwith delete the previously-dismissed claims against defendants Nalley and Watts from his tendered amended pleading (see amended complaint currently attached to Docket No. 76) and file such new amended pleading with the court as his Second Amended Complaint. It is further

ORDERED that the Plaintiff's Motion to Amend Complaint (Docket No. 49) is denied as moot.

Date: October 11, 2012