IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00334–RBJ–MJW

BRIAN HICKS,

Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
JOHNNY CHAVEZ, and
UNITED STATES OF AMERICA,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Amend the Scheduling Order and Request for An Extension of Time to Disclose Plaintiff's Experts [sic] Witnesses (docket no. 86) is GRANTED finding good cause shown.

The deadline to disclose experts is extended to December 3, 2012. The deadline to disclose rebuttal experts is extended to January 3, 2013. The deadline to serve written discovery in the forms of interrogatories, requests for production of documents, and requests for admissions is extended to February 25, 2013. The deadline to complete discovery is extended to April 1, 2013. The deadline to file dispositive motions is extended to May 1, 2013. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: November 1, 2012