IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00334–RBJ–MJW

BRIAN HICKS,

Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHAWN KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER,
JOHNNY CHAVEZ, and
UNITED STATES OF AMERICA,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendants' Motion to Stay Discovery, Motion to Vacate Deadlines in Scheduling Order, and Motion for Protective Order (Docket No. 107) is granted, substantially for the reasons stated in the motion. In addition, the court notes that plaintiff did not file a response to the motion, which is therefore deemed confessed. It is thus further

ORDERED that discovery in this matter is stayed until final ruling on the pending motions to dismiss. In addition, the deadlines set in the Scheduling Order are vacated and will be reset if necessary following a final ruling on the pending motions to dismiss. Finally, defendants need not respond to the Plaintiff's First Set of Interrogatories and Requests for Production until 30 days after a final ruling on the pending motions to dismiss.

It is further ORDERED that the plaintiff's Motion to Withdraw All Claims Against the United States (Docket No. 109) is granted. Plaintiff's fifth claim for relief is withdrawn. The United States shall be removed from the caption as a defendant in this action. It is thus further

ORDERED that the United States of America's Motion to Dismiss (Docket No.

2

97) is denied as moot.


Date: January 8, 2013 _____