IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00334-RBJ-MJW

BRIAN HICKS,

    Plaintiff,

v.

STEPHANIE PODOLAK,
BLAKE DAVIS,
RENE GARCIA,
SHON KUTA,
SHIKAH DOSANJ,
STEVE BROWN,
SEAN SNIDER, and
JOHNNY CHAVEZ,

    Defendants.

---

## ORDER GRANTING MOTION FOR LEAVE TO TAKE DEPOSITION
(Docket p: 154)

This matter is before the Court on Defendants' Motion for Leave to Take Deposition of Incarcerated Plaintiff (Docket no.154). Upon consideration of the motion, the Court finds that it should be GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) at F.D.C. Englewood on January 3, 2014, or at another date scheduled by Defendants. The deposition will be taken by Amy Padden, counsel for the Defendants. The Court orders that agency counsel for the Bureau of Prisons, as a representative of Defendants, may also be present as well as any other prison officials as needed for security purposes.

DATED this 30TH day of December, 2013.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO