# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 12-cv-00334-RBJ-MJW | FTR - Courtroom A-502 |
| **Date:** March 28, 2014 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| BRIAN HICKS,<br># 35039-013 | Pro Se   (by telephone) |
| Plaintiff(s), | |
| v. | |
| STEPHANIE PODOLAK,<br>RENE GARCIA,<br>SHAWN KUTA,<br>SHIKAH DOSANJ,<br>STEVE BROWN,<br>SEAN SNIDER, and<br>JOHNNY CHAVEZ, | Amy L. Padden |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   8:30 a.m.
Court calls case.    Appearances of _Pro Se_ plaintiff and defense counsel.

Oral argument on the motions which are deemed connected in their requests for relief is heard.

**It is ORDERED:**   Defendant Podolak's Motion for Protective Order [Docket No. **161**, filed January 14, 2014 ] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Defendant Podolak's Second Motion for Protective Order [Docket No. **175**, filed March 03, 2014] is **GRANTED** for reasons as set forth on the record.

As to Defendant Podolak's Motion for Protective Order   [Docket No. 161]   and  Defendant Podolak's Second Motion for Protective Order [Docket No. 175]:   Defendant Podolak need not respond to Plaintiff's discovery requests at least until a ruling by Judge Jackson on the Motion to Reconsider (Docket No. 144).  If the Motion for Reconsideration is granted, Defendant Podolak will be dismissed from the case.  If the Motion for Reconsideration is denied, Defendant Podolak shall then have 20 days within which to respond to or object to Plaintiff's outstanding discovery requests.

**It is ORDERED:**    Plaintiff's motion to Amend Scheduling Order to Extend Discovery Cut-Off Date [Docket No. **165**, filed February 11, 2014] is **GRANTED** for reasons as set forth on the record.  The Amended Scheduling Order (Docket No. 148) is amended:
Discovery Cutoff is extended to **MAY 05, 2014**
Dispositive Motions Deadline is extended to   **JUNE 03, 2014**

**It is ORDERED:**    Plaintiff's Motion to Compell [sic] Discovery Response [Docket No. **170,** filed February 24, 2014]  is **DENIED AS MOOT, WITHOUT PREJUDICE,** for reasons as set forth on the record.

**It is ORDERED:**    Plaintiff's Emergency Motion to Stay Proceedings [Docket No. **173**, filed February 28, 2014] is  **GRANTED IN PART and DENIED IN PART** for reasons as set forth on the record.

**It is ORDERED:**    Plaintiff's Second Emergency Motion to Stay Proceedings [Docket No. **183**, filed March 17, 2014]   **GRANTED IN PART and DENIED IN PART** for reasons as set forth on the record.

As to  Plaintiff's Emergency Motion to Stay Proceedings (Docket No. 173) and  Plaintiff's Second Emergency Motion to Stay Proceedings (Docket No. 183): the motions are GRANTED in that there shall be no discovery between Defendant Podolak and Plaintiff Hicks and DENIED as to all other Defendants.  The stay of discovery relates only to Defendant Podolak and only until a decision is made by Judge Jackson on the Motion to Reconsider (Docket No. 144).

Discussion is held regarding the final motion set for hearing this morning.
Plaintiff makes an ORAL MOTION to WITHDRAW the Motion for Order Governing Procedures to Plaintiff's Depositions.  With no objection from Defendants,

**It is ORDERED:**    Plaintiff's ORAL MOTION TO WITHDRAW  the Motion for Order Governing Procedures to Plaintiff's Depositions is **GRANTED** for reasons as set forth on the record.
and
Plaintiff's Motion for Order Governing Procedures to Plaintiff's Depositions (Docket No. 168) is **WITHDRAWN.** for reasons as set forth on the record.   Plaintiff is granted leave to renew his motion as to the deposition procedures he is seeking.

It is noted that set before Judge Jackson are  Pretrial Conference and Trial Preparation Conference September 08, 2014 at 1:00 p.m.  and Trial September 15, 2014 at 9:00 a.m. Plaintiff makes an oral request to continue the trial dates.  Plaintiff is granted leave to file a written motion to continue these settings before Judge Jackson.

It is noted Plaintiff has not filed a Response to Defendants' Motion for Summary Judgment [Docket No. 171, filed February 24, 2014].  Plaintiff makes an oral request to allow additional time to respond. Plaintiff is granted leave to file a written motion requesting an extension of time to file his written response to Defendants' Motion for Summary Judgment pending before Judge Jackson.

Hearing concluded.

**Court in recess:**      9:24 a.m.
Total In-Court Time 00:54

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.