IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-00334-RBJ-MJW

BRIAN HICKS,

    Plaintiff,

v.

RENE GARCIA,
SHIKAH DOSANJ, and
JOHNNY CHAVEZ,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation and Joint Stipulation of dismissal filed by Plaintiff, *pro se*, and Defendants, by undersigned counsel.

The Court hereby approves the stipulation pursuant to Fed. R. Civ. P. 10(c), and orders that the exhibits that were attached to the original complaint, Docket Number 1, are incorporated by reference as exhibits to the Second Amended Complaint, Docket Number 85. Plaintiff referenced those exhibits in the Second Amend Complaint, although additional copies were not attached thereto. Further, the Court referred to those exhibits in its orders regarding the motions to dismiss the Second Amended Complaint. Those exhibits are thus incorporated by reference to the Second Amended Complaint to ensure that the record is complete.

Further, pursuant to the parties' stipulation under Fed. R. Civ. P. 41(a), the remaining claim[1] is dismissed with prejudice, with Plaintiff reserving the right to appeal the Court's orders on the motions to dismiss and for reconsideration, and with Defendants waiving their costs. Thus, each party shall pay its own costs and attorneys' fees.

DATED this 5th day of June, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

---

[1] The remaining claim is as follows: "Mr. Hicks' procedural due process claim relating to his failure to receive meaningful review of his continued placement in the SHU after February 6, 2010 as against Defendants Garcia, Chavez, and Dosanj." (Doc. 199 at 22.)